52

## 30238.   BERRY *v.* THE STATE.

BROYLES, C. J.   The defendant was convicted in the criminal court of Fulton County of the offense of selling "distilled spirits and alcohol without first obtaining a license from the State revenue commissioner." His certiorari was overruled, and that judgment is assigned as error. The evidence, direct and circumstantial, amply authorized the verdict; and none of the special assignments of error show cause for a new trial.
          *Judgment affirmed.   MacIntyre and Gardner, JJ., concur.*
                        DECIDED OCTOBER 9, 1943.

*C. G. Battle,* for plaintiff in error.   *Lindley W. Camp, solicitor, John A. Boykin, solicitor-general, Durwood T. Pye,* contra.